AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky



FILED
VANESSA L. ARMSTRONG, CLERK

APR 03 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | | |
|---|---|---|
| United States of America<br>v.<br><br>KEVIN WALLS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19-MJ-281 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 17, 2019   in the county of   Spencer   in the
  Western   District of   Kentucky  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF SA Jennifer Ockerman
Printed name and title

Sworn to before me and signed in my presence.

Date:   04/03/2019   _____
Judge's signature

City and state:   Louisville, Kentucky     Colin H. Lindsay, United States Magistrate Judge
Printed name and title

I, Jennifer S. Ockerman, Special Agent (SA), (hereinafter "Affiant"), being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on reports prepared by myself and/or other law enforcement officers, communications with other individuals who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all known details and facts of which I am aware of relating to this investigation.

2. I have been employed by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since July of 2014. Prior to ATF, I was employed for approximately four (4) years with the University of Kentucky Police Department, in Lexington, KY. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training. In addition, I am a graduate of the Department of Criminal Justice Training Center in Richmond, KY.

3. This affidavit is submitted in support of an application for a complaint for Kevin Walls for a violation of 18 U.S.C. § 922(g) (1), possession of a firearm by a prohibited person.

4. On or about October 8, 1999, Kevin WALLS, DOB: XX-XX-1972 was convicted in Case # 99-CR-00028 of Possession of Controlled Substance 1st Degree Cocaine in the Circuit Court of Nelson County, Kentucky.

5. On or about February 4, 2003, Kevin WALLS, DOB: XX-XX-1972 was convicted in Case # 02-CR-00006 of Driving DUI Suspended License 2nd Offense in the Circuit Court of Spencer County, Kentucky.

6. On or about September 11, 2006, Kevin WALLS, DOB: XX-XX-1972 was convicted in Case # 06-CR-00098 of Operating Motor Vehicle Under the Influence 4th Offense in the Circuit Court of Nelson County, Kentucky.

7. On March 17, 2019, WALLS went to Taylorsville Police Department, Taylorsville, Kentucky to report someone following him. WALLS contacted Kentucky State Police (KSP) Trooper Lee in the parking lot and stated he was being followed. During the conversation with Trooper Lee, WALLS stated he had a handgun in the backseat of his truck. WALLS gave Trooper Lee permission to secure the firearm, a Hi Point Model JCP .40 caliber pistol bearing serial number 711911, from WALLS' vehicle, bearing Kentucky License Plate 983-TVN.

8. On April 3, 2019, Special Agent Joseph Hicks, an Interstate Nexus Expert, provided a verbal determination on the Hi Point Model JCP .40 caliber pistol bearing serial number 711911. Agent Hicks is of the opinion the above firearm was not manufactured in the Commonwealth of Kentucky, thus traveling in and affecting interstate commerce.

Respectfully submitted,

Jennifer S. Ockerman
ATF Special Agent

Subscribed and sworn to before me on the 3rd day of April 2019.

COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE